UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ROY FRIAS**  :  **DOCKET NO. 2:25-cv-00217**
  **B.O.P. # 41625-480**  :  **SECTION P**

**VERSUS**  :  **JUDGE JAMES D. CAIN, JR.**

**WARDEN MARTINEZ**  :  **MAGISTRATE JUDGE LEBLANC**

## MEMORANDUM ORDER

On February 14, 2025, a complaint was filed in this matter. Doc. 1. Plaintiff was subsequently ordered to submit his documents on Court approved forms and a § 2441 Petition for Writ of Habeas Corpus form was sent to him. Doc. 3. Plaintiff completed the form but noted that he intended to file a civil action pursuant to 28 U.S.C. § 1331 or 42 U.S.C. § 1983, not a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Doc. 4, p. 2, ¶ 5.

Accordingly;

**IT IS ORDERED** that the instant matter be re-designated as a civil action filed pursuant to *Bivens v. Six Unknown Named Agents,* 91 S.Ct. 1999 (1971)[1].

**IT IS FURTHER ORDERED** that the $5.00 filing fee submitted by plaintiff on March 17, 2025, be refunded to plaintiff.

---

[1] Federal law provides a cause of action against any person who, under the color of state law, acts to deprive another of any right, privilege, or immunity secured by the Constitution and laws of the United States. 42 U.S.C. § 1983. A *Bivens* action is the counterpart for those acting under color of federal law of a suit brought under § 1983. *E.g.*, *Abate v. Southern Pacific Transp. Co.*, 993 F.2d 107, 110 n. 14 (5th Cir. 1993); *see also Dean v. Gladney*, 621 F.2d 1331, 1336 (5th Cir. 1980) ("The effect of *Bivens* was, in essence, to create a remedy for federal officers, acting under color of federal law, that was analogous to the section 1983 action against state officials.") Frias is in the custody of the Federal Bureau of Prisons and brings his suit against individuals acting under the color of federal law.

-2-

**IT IS FURTHER ORDERED** that the Clerk of Court mail to plaintiff at his last known address a *Bivens* form and application to proceed *in forma pauperis* (IFP) and plaintiff be ordered to submit either the $405.00 filing or the application to proceed IFP.

**THUS DONE AND SIGNED** in chambers at Lake Charles, Louisiana, this 21st day of August, 2025.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE